**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Terry Lee GARRETT, Defendant–
Appellant.**

**No. 06–10580.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2009.*

Filed Aug. 19, 2009.

USSAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Lindsay Anne Weston, Esq., Davis, CA, for Defendant–Appellant.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

MEMORANDUM **

Terry Lee Garrett appeals from his guilty-plea conviction and sentence imposed for being a felon in possession of firearms, in violation of 18 U.S.C. § 922(g).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garrett's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.